**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ROBERT WOOTEN**                                                                                    **PLAINTIFF**

**v.**                                                    **Case No. 4:25-cv-00972 KGB**

**COMMISSIONER OF
SOCIAL SECRUITY AMINISTRATION**                                          **DEFENDANT**

**<u>ORDER</u>**

Before the Court is the Commissioner's unopposed motion to remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. 405(g) (Dkt. No. 9).  The Commissioner represents that his counsel contacted counsel for plaintiff Robert Wooten, who has no objection to the motion (*Id.*, ¶ 3).  For good cause shown, the motion is granted (*Id.*).  This case is remanded pursuant to sentence four of 42 U.S.C. 405(g).  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  The dismissal of this case is without prejudice to Wooten's subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act.  A separate judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

It is so ordered this 10th day of April, 2026.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge